IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RHONDA HORN, | CIVIL ACTION |
| **Plaintiff,** | |
| v. | |
| DAVID STEINER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, | NO. 22-3855 |
| **Defendant.** | |

## O R D E R

**AND NOW**, this 21st day of May, 2026, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 48 (the "Motion")), Plaintiff's response in opposition thereto (ECF No. 49), Defendant's reply in further support the Motion (ECF No. 50), and Plaintiff's surreply (ECF No. 51), **IT IS ORDERED** that the Motion is **GRANTED.** The Deputy Clerk shall mark this case closed.

BY THE COURT:

/s/ Hon. Kelley B. Hodge

_____

HODGE, KELLEY B., J.